145 So. 926

## Hubert WEAVER v. STATE.
### 6 Div. 290.

Court of Appeals of Alabama.
Jan. 17, 1933.

·R. G. Redden, of Vernon, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of grand larceny, and he appeals.

The evidence in this case presents a jury question. From the facts proven and the legal inferences to be drawn therefrom, the evidence is sufficient to· support the verdict of grand larceny.

While there are some objections and exceptions reserved to questions propounded to witnesses, there are none of these calling for serious consideration. The answers would not affect the result one way or the other.

There is no error in the record, and the judgment is affirmed.

Affirmed.

150 So. 927

## John WEBB v. STATE.
### 2 Div. 530.

Court of Appeals of Alabama.
Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed by appellant.

145 So. 927

## Lee WEBSTER v. CITY OF HUNTSVILLE.
### 8 Div. 675.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

143 So. 926

## Monroe WEST et al. v. D. E. PASEUR.·
### 6 Div. 381.

Court of Appeals of Alabama.
April 20, 1933.

Patrick & Appelbaum, C. J. Griffith, and Judge & Nesmith, all of Birmingham, for appellant.

Thos. Seay, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.